# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Irregular IP LLC, a Texas limited liability company; | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 5:23-CV-00378 |
| Patagonia, Inc., a California Corporation; | § § | |
| Defendant. | § § | |

## SUMMONS IN A CIVIL ACTION

To:   Patagonia, Inc.
      C/O CT CORPORATION SYSTEM
      28 Liberty Street
      New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                              _____